# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL PARSHALL, | ) |
|                 Plaintiff, | ) Case No. 1:23-cv-01143-RGA |
| v. | ) |
| WESTERN ASSET MORTGAGE CAPITAL CORPORATION, JAMES WILLIAM HIRSCHMANN III, BONNIE WONGTRAKOOL, M. CHRISTIAN MITCHELL, EDWARD D. FOX, JR., RANJIT KRIPLANI, and LISA G. QUATEMAN, | ) JURY TRIAL DEMANDED |
|                 Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: January 17, 2024            **LONG LAW, LLC**

                                             By: */s/ Brian D. Long*
                                                    Brian D. Long (#4347)
                                                    3828 Kennett Pike, Suite 208
                                                    Wilmington, DE 19807
                                                    Telephone: (302) 729-9100
                                                    Email: BDLong@longlawde.com

                                                    *Attorneys for Plaintiff*